

# THE ATTORNEY GENERAL
## OF TEXAS

**AUSTIN 11, TEXAS**

GROVER SELLERS
~~WILL WILSON~~
**ATTORNEY GENERAL**

Honorable O. Kennedy
County Attorney
Bee County
Beeville, Texas

Dear Sir:

Opinion No. 0-6658
Re: Maximum annual compensation of the
Justice of the Peace for Precinct
No. 1, Bee County.

Your letter of June 14, 1945, requesting the opinion
of this department regarding the maximum annual compensation of
the Justice of the Peace for Precinct No. 1 of Bee County, is
as follows:

"Our commissioners' court has instructed me
to submit the following question to you, viz:

"Since S.B. 123 became law, how much fees
may the Justice of the Peace for Precinct One of
Bee County retain annually?

"All officers in this county are on a fee
basis. The population of this county is approxi-
mately 17,000. Heretofore, under Article 3883
(Acts 1939, 46th Leg.) the Justice of the Peace
was allowed to retain $1200.00. In addition,
under Art. 3891 the Justice of the Peace was
allowed to retain one third of the excess fees
until such one third, together with the amount
specified in Art. 3883, amounts to $1400.00.

"The Justice of the Peace of Precinct One
will earn in fees for this year in excess of
$2,000.00. Suppose we say that he will earn ex-
actly $2,000.00 for the year. How much of that
will he be permitted under the law to keep. Sec-
tion (a) of Senate Bill 123, passed by this past
Legislature is as follows:

"'The Commissioners' Court is hereby au-
thorized when in their judgment the financial con-
dition of the county and the needs of the officers
justify the increase to enter an order increasing

the compensation of the precinct, county and
district officers in an additional amount not
to exceed twenty-five (25%) per cent. of the sum
allowed under the law for the fiscal year of
1944, provided the total compensation authorized
under the law for the fiscal year of 1944 did
not exceed the sum of Thirty-six Hundred ($3,600.00)
Dollars.'

"The Commissioners' Court wish to allow such
Justice of the Peace increased compensation to
the full amount of 25% of the sum allowed him
under the law for the year 1944. Under the law,
this Justice of the Peace was allowed to retain
in fees for 1944 the total sum of $1400.00.
Twenty five per cent. of $1400.00 is $350.00.
The Commissioners' Court have in mind entering an
order permitting him to retain, from and after
the effective date of S.B. 123, fees of office
at the rate of $1750.00 per year. The Commis-
sioners' Court arrive at this amount in this way:
Such Justice of the Peace was allowed $1400.00,
under the law of 1944. Increasing this amount
25% would equal $1750.00 per year. Is this
correct?"

The maximum annual compensation of the Justice of the
Peace for Precinct No. 1 under Articles 3833 and 3891, Vernon's
Annotated Civil Statutes, is $1400.00. Senate Bill 123, Acts
of the 49th Legislature, Regular Session, 1945, authorizes the
Commissioners' Court when in its judgment the financial condi-
tion of the county and the needs of the officers justify the
increase to enter an order increasing the compensation of pre-
cinct officers in an additional amount not to exceed 25% of
the sum allowed under the law for the fiscal year of 1944, pro-
vided the total compensation authorized under the law for the
fiscal year of 1944 did not exceed the sum of $3600.00.

You are respectfully advised that it is the opinion
of this department that the Commissioners' Court in compliance
with Senate Bill 123 can legally enter an order authorizing the
Justice of the Peace of Precinct No. 1 to retain fees of office
in the amount of $1750.00 per year, provided, of course, that
the provisions of Article 3891, V.A.C.S. and Senate Bill 123 are
complied with.

                                        Yours very truly,

                              ATTORNEY GENERAL OF TEXAS

                                    By s/Ardell Williams
                                        Ardell Williams
                                        Assistant

AW:LJ:wc

APPROVED JUN 21, 1945
s/Carlos C. Ashley
FIRST ASSISTANT
ATTORNEY GENERAL

Approved Opinion Committee By s/BWB Chairman